ROSE SCAGLIONE, PLAINTIFF-PETITIONER, v. ST. PAUL-MERCURY INDEMNITY COMPANY, DEFENDANT-RE-SPONDENT.

See same case below: 46 *N. J. Super.* 363.

*Messrs. Bornstein, Kohlreiter & Rubinson* and *Mr. Archibald Kreiger* for the petitioner.

*Messrs. Stevenson & Willette* for the respondent.

November 18, 1957.   Granted.

MARTIN SNYDER, PLAINTIFF-RESPONDENT, v. I. JAY REALTY CO., DEFENDANT-PETITIONER.

See same case below: 46 *N. J. Super.* 323.

*Messrs. Carpenter, Bennett, Beggans & Morrissey* for the petitioner.

*Mr. Theodore Schwartz* and *Mr. Nathan Baker* for the respondent.

November 18, 1957.   Denied.